NUMBER 13-06-021-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG 

_________________________________________________________

 

DAGOBERTO MARTINEZ, M.D., ET AL.,                      Appellants,

 

                                           v.

 

ARNOLD
GALVAN, ET AL.,                                       Appellees.

_________________________________________________________

 

                  On appeal from the 107th
District Court

                          of Cameron
County, Texas.

_________________________________________________________

 

                     MEMORANDUM OPINION

 

                Before
Justices Hinojosa, Yañez, and Garza

Memorandum
Opinion Per Curiam

 








Appellants, DAGOBERTO MARTINEZ, M.D., ET AL., perfected an appeal from an order
entered by the 107th District Court of Cameron
County, Texas, in cause number 96-08-4831-A.  After the record and appellants= brief were filed, the
parties filed a joint motion to dismiss appeal and enter judgment.  In the motion, the parties state that they
have reached an agreement to settle this matter.  The parties request that this Court render
judgment in accordance with their settlement agreement and that costs be taxed
to the party incurring same.

The Court, having
considered the documents on file and the joint motion to dismiss the appeal and
enter judgment, is of the opinion that the motion should be granted.  The parties= joint motion is granted, and the judgment of the
trial court is REVERSED and judgment is RENDERED in accordance with the parties= settlement agreement.

PER CURIAM

Memorandum Opinion delivered and filed this

the 13th day of July, 2006.